**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-CR-00410-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JUAN ENRIQUE CAMPOS-GUERRERO,

    Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

    This matter has been scheduled for a **3-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **June 1, 2015 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

    ORDERED THAT all pretrial motions shall be filed by **May 1, 2015** and responses to these motions shall be filed by **May 8, 2015**. It is further

    ORDERED that a Trial Preparation Conference is set for **May 22, 2015 at 1:30 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 2nd day of April, 2015.

       BY THE COURT:

       _____
       RAYMOND P. MOORE
       United States District Judge